Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of
Division

Case: 1:24-cv-03304
Assigned To : Unassigned
Assign. Date : 11/18/2024
Description: Pro Se Gen. Civ. (F-DECK)

Kawana Jeffer Williams
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Metaverse LLC
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kawana Jeffer Williams
Street Address: 3030 30th St SE #301
City and County: Washington DC 20020
State and Zip Code:
Telephone Number: 240 620 1587
E-mail Address: Kawana.williams@waldenu.edu

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

RECEIVED
NOV 18 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Metaverse LLC.
    Job or Title (if known):
    Street Address: 3327 Hope St Huntington Park
    City and County: Huntington Park, CA 90255
    State and Zip Code: 90255-6211
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Please see attached Document*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Dawana Lefler Williams, is a citizen of the State of *(name)* Washington DC.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Dawana L. Williams, is incorporated under the laws of the State of *(name)* Washington DC, and has its principal place of business in the State of *(name)* Washington DC, Maryland

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Meta Verse LLC, is a citizen of the State of *(name)* Washington DC. Or is a citizen of *(foreign nation)* _____.    CA+

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, *(name)* **Meta Verse LLC**, is incorporated under the laws of the State of *(name)* **California**, and has its principal place of business in the State of *(name)* **California**.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Please see the attached document.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see the attached document

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please see the attached document

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/18/2024

Signature of Plaintiff

Printed Name of Plaintiff: Kawabta J. Williams

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Dr. Kawana J. Williams, Plaintiff, v. Metaverse LLC, Defendant.

Case Number: [Docket Number]

**COMPLAINT**

Plaintiff: Dr. Kawana J. Williams Defendant: Metaverse LLC

**Nature of the Action:**

1. Introduction:
    - Plaintiff, Dr. Kawana J. Williams, brings this complaint against Metaverse LLC for hacking, illegal surveillance, misuse of data, personal privacy violations, and conspiracy to manipulate and misuse computer services and technology.

2. Parties:
    - Plaintiff: Dr. Kawana J. Williams, owner of the Facebook accounts with the email addresses kawana.j.timothy19143@gmail.com and well-konnect@outlook.com, as well as the business page of WELL-KONNECT.
    - Defendant: Metaverse LLC.

3. Jurisdiction and Venue:
    - The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as it involves federal questions related to illegal surveillance, hacking, and privacy violations. Additionally, 28 U.S.C. § 1367 grants supplemental jurisdiction over related state law claims.
    - Venue is proper in this district under 28 U.S.C. § 1391(b) as the events giving rise to the claim occurred in this district.

4. Factual Allegations:
    - Plaintiff's Facebook accounts and business page were hacked, with unauthorized access leading to copyright infringement, psychological distress, and personal injury.
    - The hacking involved tracking and logging information, including locations, IP addresses, login times, and comments.

- Plaintiff's Instagram platform associated with the WELL-KONNECT business page was also hacked, with unauthorized access to DMs and correspondence.

5. **Claims for Relief:**

**A. Violation of the Computer Fraud and Abuse Act (CFAA) (18 U.S.C. § 1030):**

- Defendant accessed Plaintiff's computer systems without authorization, causing damage and loss.

**B. Violation of the Electronic Communications Privacy Act (ECPA) (18 U.S.C. § 2510 et seq.):**

- Defendant intercepted Plaintiff's electronic communications without consent.

**C. Invasion of Privacy (State Law):**

- Defendant intruded upon Plaintiff's seclusion and private affairs by hacking into her social media accounts.

**D. Unauthorized Use of Personal Data (State Law and General Data Protection Regulation (GDPR)):**

- Defendant misused Plaintiff's personal and business data without consent.

**E. Conspiracy to Commit Computer Fraud and Abuse (18 U.S.C. § 371):**

- Defendant conspired with unknown third parties to commit the aforementioned illegal activities.

**F. Violation of State Hacking Laws (e.g., California Penal Code § 502, if applicable):**

- Defendant's actions also constitute a violation of state hacking and computer crime laws.

6. **Prayer for Relief:**

- Plaintiff respectfully requests that the Court:
  - Order a comprehensive forensic investigation into the hacking incidents.

- Award damages to the Plaintiff in the amount of $62 million for copyright infringement, psychological distress, personal injury, and other related harms.
- Provide administrative assistance and reports to support the case against the hackers.
- Grant any other relief that the Court deems just and proper.

Dated: 11/17/2024

Respectfully submitted,

Dr. Kawana J. William

LIGHTBEACONWell-__mhjfbm



# LIGHTBEACONWell-

chrome-extension___mhjfbmdgcfjbbpaeojofohoefgiehjai_edge_pdf_index.html

11/18/24   02:37 PM

Xerox® AltaLink® C8135 MFP

LIGHTBEACONWell-__mhjfbm



# LIGHTBEACONWell-

chrome-extension___mhjfbmdgcfjbbpaeojofohoefgiehjai_edge_pdf_index.html

11/18/24  02:33 PM

Xerox® AltaLink® C8135 MFP